UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-01911-KJGB (AS) | Date | January 5, 2015 |
|---|---|---|---|
| Title | Joseph L. Smith v. Commissioner of SSA | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On September 14, 2014, Plaintiff Joseph L. Smith filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On November 7, 2014, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 7).

    The Court ORDERS Plaintiff to promptly serve the Summons and Complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff will file an appropriate Proof of Service within fourteen (14) days of the date of this Order. All other deadlines of the CMO remain in effect.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |